HARTZ, Circuit Judge,
concurring:
I join Judge Gorsuch’s opinion. I write separately solely to emphasize my view that the appeal turns on two particular items of evidence. First, I think that the affidavit from Deputy Police Chief Ruben Davalos was entitled to substantial weight. Given his high position in the chain of command, he was competent to testify to Department practice and policy regarding FMLA leave and compensatory time. Second, as Judge Gorsuch’s opinion clearly demonstrates, Detective Dow’s evidence was admissible. The district court apparently relied on Plaintiffs’ failure to challenge the assertion in one of Defendants’ briefs that the evidence was inadmissible because it reflects a settlement. But that assertion—one sentence in a 24-page brief—cited no authority, not even Fed.R.Evid. 408, and Defendants do not press the point on appeal. In this circumstance, I think it appropriate for us to address whether the evidence should have been excluded under Rule 408.